UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEBORAH WARE**                                                              **CIVIL ACTION**

**VERSUS**                                                                              **No. 06-3216**

**THE RITZ-CARLTON HOTEL CO.,** *et al.*                          **SECTION: I/5**

**O R D E R**

    Before the Court is a joint motion to stay the proceedings in the above-captioned case pending arbitration.[1] The Court will agree to administratively close and stay this case while the parties conduct arbitration. If arbitration is not dispositive of the case, the action will be reopened.

    Accordingly,

    **IT IS ORDERED** that this action is hereby **ADMINISTRATIVELY CLOSED** for statistical purposes and **STAYED.** Plaintiff shall immediately notify the Court should arbitration not be dispositive of this case.

---

[1] Rec. Doc. No. 7.

**IT IS FURTHER ORDERED** that, considering the above, the motion to remand[2] filed by plaintiff, Deborah Ware, is **DISMISSED** without prejudice to plaintiff's right to timely refile her motion if the case is reopened.

New Orleans, Louisiana, July __31st__, 2006.

```
                              _____
                                     LANCE M. AFRICK
                              UNITED STATES DISTRICT JUDGE
```

---

[2] Rec. Doc. No. 6.